FILED

01/23/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0378

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA 23-0378

---

STATE OF MONTANA,

     Plaintiff and Appellee,

  and

CYLE RAMSEY MADGWICK,

     Defendant and Appellant.

---

### ORDER

---

Upon consideration of Appellant's motion to Voluntarily Dismiss and his supporting Affidavit, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's Motion is hereby GRANTED and his Appeal is DISMISSED.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 23 2025